IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1)VFS US LLC; and (2) VFS LEASING CO. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>(1) COPELAND SERVICES INC., an Oklahoma )<br>corporation; (2) COPELAND HOT OIL SERVICE, )<br>L.L.C., an Oklahoma limited liability company; )<br>(3) JANE D. ROBISON, an individual; (4) KELLY )<br>L. ROBISON, an individual; and (5) KEVIN R. )<br>COPELAND, an individual, )<br>)<br>Defendants. )<br>)<br>) | Case No. CIV-17-240-R |

**ORDER**

The Hearing on Assets, currently scheduled for June 30, 2020 at 1:00 p.m., is **CONTINUED** to **July 14, 2020 at 11:00a.m**. All parties shall report to Courtroom 103. All provisions and orders detailed in the Court's earlier Order (ECF No. 35) remain in effect.

**IT IS SO ORDERED** on June 29, 2020.

_____
SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE