# COURTROOM MINUTE SHEET

**DATE:** Jul 14, 2020                                **CASE:** CIV-17-240-R

**TIME IN COURT:** 10 mins                        **COURTROOM:** 103

**MAGISTRATE JUDGE SHON T. ERWIN**          **COURTROOM DEPUTY LESA BOLES**

**STYLE:** VFS US LLC, et al. v. COPELAND SERVICES INC., et al.

**PROCEEDINGS:** Hearing on Assets

**Plaintiff Cnsl:** John Heatly                    **Defendant Cnsl:** Dan Stake

| WITNESSES FOR PLAINTIFF | WITNESSES FOR DEFENDANT |
|---|---|
| 1._____ | 1._____ |
| 2._____ | 2._____ |
| 3._____ | 3._____ |

Counsel appear as noted above.  Judgment debtors fail to appear.  Defendants request a 15-day continuance.  The Court grants the continuance over plaintiffs' objection and directs counsel to submit a proposed agreed order.