## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1)VFS US LLC; and (2) VFS LEASING CO. <br><br> Plaintiffs, <br><br> v. <br><br> (1) COPELAND SERVICES INC., an Oklahoma corporation; (2) COPELAND HOT OIL SERVICE, L.L.C., an Oklahoma limited liability company; (3) JANE D. ROBISON, an individual; (4) KELLY L. ROBISON, an individual; and (5) KEVIN R. COPELAND, an individual, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )     Case No. CIV-17-240-R |

### ORDER

On July 14, 2020, Plaintiff's Motion for Hearing on Assets as to Defendants and Other Relief was held before the Court. Judgment debtors failed to appear, produce documents and be examined as to their assets. Upon agreement of the parties and for good cause shown,

IT IS HEREBY ORDERED that Judgment Debtors will produce all requested documents to Plaintiff's counsel within fifteen (15) days from the date of this order and appear for examination by Plaintiff's counsel on a date set by the Court..

IT IS SO ORDERED this **20th** day of July, 2020.

_Shon T. Erwin_
SHON T. ERWIN
MAGISTRATE JUDGE